**DISMISS and Opinion Filed October 17, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00762-CV

**ADVOCARE INTERNATIONAL, L.P., Appellant**
**V.**
**SHEREEF KAMEL AND BASKETBALL BASICS, LLC, Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00904-2017**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Francis, and Justice Stoddart
Opinion by Chief Justice Wright

Before the Court is appellant's October 12, 2017 unopposed motion to dismiss the appeal. Appellant informs the Court that the parties have settled. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

170762F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ADVOCARE INTERNATIONAL, L.P.,
Appellant

No. 05-17-00762-CV     V.

SHEREEF KAMEL AND
BASKETBALL BASICS, LLC, Appellees

On Appeal from the 429th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 429-00904-2017.
Opinion delivered by Chief Justice Wright.
Justices Francis and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellees SHEREEF KAMEL AND BASKETBALL BASICS, LLC recover their costs of this appeal from appellant ADVOCARE INTERNATIONAL, L.P.

Judgment entered October 17, 2017.